1

2

3

4                                                      JS-6

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11   THERESA MORALES, an individual,     | Case No. 2:13-cv-09231 JFW (MANx)

12              Plaintiff,               | Assigned to Honorable John F. Walter

13        v.                            | **JUDGMENT GRANTING**
                                         **DEFENDANT COMPASS GROUP**
14   COMPASS GROUP, PLC, a               **USA INC.'S MOTION FOR**
     corporation, H.I.G.                 **SUMMARY JUDGMENT OR, IN**
15   CAPITAL/TRINITY GROUP, INC., a      **THE ALTERNATIVE, PARTIAL**
     corporation, and DOES 1 through 10, **SUMMARY JUDGMENT**
16   inclusive,

17              Defendants.

18                                       | Complaint Filed: October 15, 2013

19

20

21

22

23

24

25

26

27

28

## JUDGMENT

Defendant Compass Group USA, Inc.'s ("Compass") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") was taken under submission by the Honorable John F. Walter of the above-referenced Court.

This Court, having fully considered the papers, argument, and evidence submitted by the parties hereby finds **GOOD CAUSE** and **GRANTS JUDGMENT** as to **ALL CAUSES OF ACTION** as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered in favor of Compass and against Plaintiff Theresa Morales ("Plaintiff").  Plaintiff shall take nothing by her Complaint, the action shall be dismissed with prejudice in its entirety, and Compass shall recover its reasonable costs of suit.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

SMRH:434445084.1                                    JUDGMENT GRANTING DEFENDANT COMPASS' MSJ